UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES of the AGMA HEALTH
FUND,

                     Plaintiff,

      v.

AETNA LIFE INSURANCE COMPANY,

                    Defendant.

24-CV-5168 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 4, 2024, at Defendant's request, Plaintiff filed a letter motion seeking to seal Exhibit C to the Complaint filed on July 9, 2024 and to file a redacted version in its place.  Dkt. 12.  The letter stated that, pursuant to Rule 5(A)(iii)(a) of the Court's Individual Rules of Practice in Civil Cases, Plaintiff had notified Defendant that it must file a letter within three days explaining the need to seal Exhibit C to the Complaint and replace it with a redacted version.  To date, no letter has been filed by Defendant.

Defendant shall have until September 18, 2024 to file a letter explaining the need to seal Exhibit C to the Complaint and replace it with a redacted version.

SO ORDERED.

Dated:      September 13, 2024
              New York, New York

_____
Ronnie Abrams
United States District Judge