UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES of the AGMA
HEALTH FUND,

                Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

                Defendant.

No. 24-CV-5168 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      An initial conference was previously scheduled in this matter for October 24, 2024 at 3:00 p.m. In light of Defendant's pending motion to stay all proceedings in this action, *see* ECF No. 17, the conference is hereby adjourned *sine die*.

SO ORDERED.

Dated:    October 21, 2024
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge