UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AGMA HEALTH FUND,<br><br>                 Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                 Defendant. | 24-CV-5168 (JAV)<br><br>NOTICE OF REASSIGNMENT AND SCHEDULING ORDER |

JEANNETTE A. VARGAS, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.

The stay previously imposed by the Court pending the resolution of Aetna's petition to compel arbitration filed in the District of Connecticut (Aetna Life Ins. Co. v. Bd. Trs. AGMA Health Fund, No. 3:24-cv-1461-VDO (D. Conn.) shall remain in effect. (ECF No. 35).

The parties are hereby ORDERED to provide the Court with a joint letter every 90 days regarding the status of the District of Connecticut proceeding. The first status report shall be due **April 4, 2025.**

Dated: February 5, 2025
       New York, New York

                                                          _____
                                                          JEANNETTE A. VARGAS
                                                          United States District Judge